LISA R. LANG
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **PHILLIP J. HILSINGER,**<br>    Plaintiff,<br><br>vs.<br><br>**COMMISSIONER of Social Security,**<br>    Defendant. | Civil Action No. 3-24-cv-1004-AR<br><br>**ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS** |

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $5,540.78, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 3rd day of April, 2025

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented by: _____

s/Lisa R. Lang

Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035